# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Lewis Hamilton,

    Plaintiff(s),                                       JUDGMENT IN A CIVIL CASE

vs.                                                   3:05-cv-277-MU-2

Sherwood McCabe,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 29, 2005 Order.

**Signed: September 30, 2005**

Frank G. Johns, Clerk
United States District Court